

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00167-CV

Adrian **TREVINO**,
Appellant

v.

Rebecca **TRAVIS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-11604
Honorable Nicole Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, we DENY appellee Rebecca Travis's motion to dismiss the appeal, VACATE the trial court's November 8, 2021 no-answer default judgment against appellant Adrian Trevino, and REMAND the case to the trial court. Costs are assessed against appellee Rebecca Travis.

SIGNED June 21, 2023.

_____
Irene Rios, Justice